UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ROBERT L. BROOKS II et al.                                          PLAINTIFFS

v.                                                    CIVIL ACTION NO. 3:12-CV-P446-S

OFFICER DANIELS et al.                                             DEFENDANTS

## MEMORANDUM OPINION AND ORDER

This action was initiated by a complaint signed by Plaintiffs Robert L. Brooks II, Joseph

Greer, and Michael York.  Plaintiff Brooks submitted a completed prisoner application to

proceed without prepayment of fees.  On September 4, 2012, the Court entered an Order

explaining that where there is more than one plaintiff, each plaintiff is responsible for his or her

*pro rata* share of the $350.00 filing fee.  Thus, Plaintiffs Brooks, Greer, and York are each

responsible for one-third, or $116.65, of the filing fee.  The Court ordered Plaintiffs Greer and

York within 30 days to either submit a completed prisoner application to proceed without

prepayment of the filing fee or pay his share, $116.65, of the filing fee.  That Order warned that

failure to comply would result in the dismissal as a plaintiff in this action and continued

responsibility for payment of his *pro rata* share of the filing fee.

Plaintiff York has not complied with the Court's Order.  Courts have an inherent power

"acting on their own initiative, to clear their calendars of cases that have remained dormant

because of the inaction or dilatoriness of the parties seeking relief."  *Link v. Wabash R.R. Co.*,

370 U.S. 626, 630 (1962).

**IT IS ORDERED** that Plaintiff York is **DISMISSED** as a plaintiff in the instant action.

*See* FED. R. CIV. P. 41(b) (governing involuntary dismissal). Because Plaintiff York did not

submit an application to proceed without prepayment of fees with a prisoner trust account

statement for the six months preceding filing the complaint, the Court is unable to apportion the filing fee pursuant to 28 U.S.C. § 1915(b)(1).

By separate Order, the Court will order the collection of Plaintiff York's *pro rata* share of the filing fee.

Date:  October 30, 2012

**Charles R. Simpson III, Judge**
**United States District Court**

cc:     Plaintiffs, *pro se*
        Defendants

4411.009

2